## Leopoldo NEGRETE HERNANDEZ, Petitioner,

v.

## Eric H. HOLDER Jr., Attorney General, Respondent.

No. 07–73937.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 22, 2010.

---

suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, counterclaimants' request for oral argument is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Maribel Herrera, Considine, Sorensen & Trujillo, Sacramento, CA, for Petitioner.

Jeffery R. Leist, Stacy Stiffel Paddack, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Leopoldo Negrete Hernandez, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal of an immigration judge's ("IJ") decision denying his

** This disposition is not appropriate for publication and is not precedent except as provid-

application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of due process violations in immigration proceedings. *Ibarra–Flores v. Gonzales,* 439 F.3d 614, 620 (9th Cir.2006). We deny the petition for review.

Negrete contends the IJ violated due process by excluding a letter from a doctor describing the environmental pollution in Ecatepec, Mexico. Contrary to Negrete's contention, the proceedings were not "so fundamentally unfair that [he] was prevented from reasonably presenting his case." *Colmenar v. INS,* 210 F.3d 967, 971 (9th Cir.2000) (citation omitted). Moreover, Negrete failed to demonstrate that consideration of the letter may have affected the outcome of the proceedings. *See id.* (requiring prejudice to prevail on a due process challenge).

**PETITION FOR REVIEW DENIED.**